SARA CORDOVER, Respondent, v. ANNA CORDOVER, Appellant, Impleaded with Others.

Submitted October 7, 1940; decided October 15, 1940.

Motion to prosecute appeal as a poor person and for assignment of counsel granted. Order dismissing appeal vacated. (See 283 N. Y. 774.)